**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Robert Andrew THURMAN,
Defendant—Appellant.**

No. 08–8380.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2009.

Decided: March 23, 2009.

Robert Andrew Thurman, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Andrew Thurman appeals the district court's order denying relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Thurman*, Nos. 4:96–cr–00020–LHT–1; 4:98–cr–00089–LHT–1 (W.D.N.C. Oct. 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*